UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WILLIAM HARRY PITTMAN,

CASE NO. 3:13-bk-00834-JAF
CHAPTER 13

_____Debtor._____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest filed an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on the movants' attorney, Lansing Roy, P.A., Christopher R. DeMetros, Esquire, 1710 Shadowood Ln. Ste 210, Jacksonville, FL 32247-0399, and any other persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## OBJECTION TO PROOF OF CLAIM 8 FILED BY VANDA, LLC

COME NOW the Debtor, **WILLIAM HARRY PITTMAN**, through their undersigned counsel, and files this Objection to Proof of Claim eight (8), filed by Vanda, LLC In support of said Objection, the Debtors would show unto the Court as follows:

1. Vanda, LLC filed an unsecured Proof of Claim in the amount of $3,684.32.
2. Debtor has paid this creditor the sum of $74.11
3. Debtors objects to the balance of this claim for the reason that the claim is being paid in case No.14-04415 Debtor Christine Pittman.

WHEREFORE, Debtors respectfully requests that this court enter an order determining that the Proof of Claim 8 filed by Vanda, LLC should be disallowed as filed and be allowed as an unsecured claim in the amount of $74.11.

LANSING ROY, P.A.

Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@jacksonvillebankruptcy.com
Telephone:    (904) 391-0030

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing Objection to Claim # 8 filed by Vanda, LLC was furnished to the following by electronic notification or by United States first-class mail on the ____ day of February 2015:

Douglas W. Neway, Trustee
200 West Forsyth Street, Suite 1520
Jacksonville, FL
(by electronic notification)

Vanda, LLC
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121
(Designated Agent at business address)

United States Trustee's Office
135 West Central Blvd, Suite 620
Orlando, FL 32801-2476

WILLIAM PITTMAN
97087 JOSE GASPER WAY
YULEE, FL 32097
(Debtor)

LANSING ROY, P.A.

_____
Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@jacksonvillebankruptcy.com
Telephone:    (904) 391-0030
Facsimile:    (904) 391-0031